```
 1  ADAM PAUL LAXALT
    Attorney General
 2  ERIN L. ALBRIGHT, Bar No. 9953
    Deputy Attorney General
 3  State of Nevada
    Bureau of Litigation
 4  Public Safety Division
    100 N. Carson Street
 5  Carson City, Nevada 89701-4717
    Tel: (775) 684-1257
 6  E-mail: ealbright@ag.nv.gov

 7  Attorneys for Gustavo Sanchez
    And Umair Moten
 8
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KEVIN JOHNSON, | |
|---|---|
| Plaintiff, | Case No. 3:16-cv-00582-MMD-WGC |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| NEWTON, et al., | |
| Defendants | |

Plaintiff, Kevin Johnson, appearing *pro se*, and Defendants, Gustavo Sanchez and Umair Moten, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 30 day of November, 2018.

By: _____
Kevin Johnson, #95359
Plaintiff

DATED this 4th December day of ~~November~~, 2018.

OFFICE OF THE ATTORNEY GENERAL

By: _____
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DATED December 10, 2018

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day of December, 2018, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE,** by U.S. District Court CM/CEF Electronic Filing on:

Kevin Johnson, #95359
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General